James R. Hasenyager (1404)
Peter W. Summerill (8282)
Hasenyager & Summerill
Attorneys for Plaintiff
1004 24th Street
Ogden, UT 84401
(801) 621-3662

| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA | |
|---|---|
| DAVID GONZALES,<br><br>Plaintiff,<br><br>vs.<br><br>ST. JUDE MEDICAL, INC.,<br><br>Defendant. | STIPULATION OF DISMISSAL WITHOUT PREJUDICE<br><br>MDL NO. 1396<br><br>Judge: John R. Tunheim |

Comes now counsel for the above captioned parties and stipulates and agrees to the following:

1. That there does not appear to be a currently compensable injury to Plaintiff.
2. That Plaintiff's complaint seeks damages for injury
3. That, there being no currently compensable injury, Plaintiff's Complaint should be dismissed without prejudice.
4. That, should Plaintiff incur a physical injury at some point in the future, Plaintiff may file a Complaint which relates back to the original date upon which this case was filed.

Dated: 9/15/04 — Peter W. Summerill, Attorney for Plaintiff

Dated: 9/15/04 — Steven M. Kohn, Attorney for Defendant

James R. Hasenyager (1404)
Peter W. Summerill (8282)
Hasenyager & Summerill
Attorneys for Plaintiff
1004 24th Street
Ogden, UT 84401
(801) 621-3662

| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA | |
|---|---|
| DAVID GONZALES,<br><br>Plaintiff,<br><br>vs.<br><br>ST. JUDE MEDICAL, INC.,<br><br>Defendant. | ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>MDL NO. 1396<br><br>Judge: John R. Tunheim |

The Court, based upon the stipulation of counsel for the parties in this case, hereby orders, adjudges and decrees that:

1. That there does not appear to be a currently compensable injury to Plaintiff.
2. That Plaintiff's complaint seeks damages for injury
3. That, there being no currently compensable injury, Plaintiff's Complaint should be dismissed without prejudice.
4. That, should Plaintiff incur a physical injury at some point in the future, Plaintiff may file a Complaint which relates back to the original date upon which this case was filed.

DATED: ________________

BY THE COURT

______________________________
UNITED STATES DISTRICT JUDGE

The foregoing proposed order (prior to execution by the court) is hereby adopted:

this 15th day of September, 2004.

Counsel for plaintiff: Peter W. Summerill, James R. Hasenyager
1004 24th Street, Ogden, UT 84401

this 15th day of September, 2004.

Counsel for defendant: Steven M. Kohn
1999 Harrison Street, Suite 2200
Oakland CA 94612