**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

DAVID GONZALES, Civil No. 01-933 (JRT/JSM)

Plaintiff,

v. **ORDER OF DISMISSAL**

ST. JUDE MEDICAL, INC.,

Defendant.

---

Peter W. Summerill, HASENYAGER & SUMMERILL, 1004 24th Street, Suite 2200, Oakland, CA 94612, for plaintiff.

Steven M. Kohn, REED SMITH CROSBY HEAFEY, 1999 Harrison Street, Suite 2200, Oakland, CA 94612, for defendant.

The Court, based upon the stipulation of counsel for the parties in this case **HEREBY ORDERES** that:

1. That there does not appear to be a currently compensable injury to plaintiff.

2. That plaintiff's complaint seeks damages for injury.

3. That, there being no currently compensable injury, plaintiff's complaint should be dismissed without prejudice.

4. That, should plaintiff incur a physical injury at some point in the future, plaint if may file a complaint which relates back to the original date upon which this case was filed.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: September 22, 2004
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge