AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

David Gonzales

V.

St. Jude Medical, Inc.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-933JRT-JSM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
based upon the stipulation, this action is dismissed without prejudice.

September 22, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Denise La Fond
(By) Denise La Fond, Deputy Clerk